# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Revocation of Supervised Release) |
| | |
| STEVEN RAY DARBY | Case Number: 8:03-cr-266-T-23MAP |
| | USM Number: 40938-018 |

Defendant's Attorney: Maria Guzman, AFPD

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one through six of the May 28, 2009, superseding petition (Doc. 70).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | Failure to notify ten days prior to change in residence | 10/09/08 |
| Two | Failure to reside in residential re-entry center | 10/09/08 |
| Three | New conviction, battery | 10/25/08 |
| Four | New conviction, battery | 10/25/08 |
| Five | New conviction, resisting an officer without violence | 10/25/08 |
| Six | New conviction, criminal mischief | 10/25/08 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 9, 2009
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

July 12th, 2009
Date

DEFENDANT:     STEVEN RAY DARBY                              Judgment - Page  2  of  3
CASE NUMBER:   8:03-cr-266-T-23MAP

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **ELEVEN (11) MONTHS.**

   _X_     The court makes the following recommendations to the Bureau of Prisons:  **incarceration at (1) FCI Jesup, Georgia, or (2) FIC Estill, South Carolina**

   _X_     The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____,___ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By  _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:     STEVEN RAY DARBY            Judgment - Page  3  of  3
CASE NUMBER:    8:03-cr-266-T-23MAP

## SUPERVISED RELEASE

No supervision is imposed.